(118 So. 253)

**W. B. ALLGOOD, State Auditor, v. HOLLYWOOD REALTY CO. (3 Div. 540.)**

Court of Appeals of Alabama. Oct. 26, 1926.

See, also, Blan v. Hollywood Realty Co., post, p. 537, 118 So. 253.

Harwell G. Davis, Atty. Gen., A. A. Evans, Asst. Atty. Gen., and Chilton & McCoy, of Montgomery, for appellant.

Rushton, Crenshaw & Rushton, of Montgomery, and Dudley A. Wilson, of New York City, for appellee.

RICE, J. The same question appears in this case as in that of Allgood, as State Auditor, v. Parker et al., 21 Ala. App. 273, 107 So. 326.

Upon the authority of the holding in that case, the judgment here appealed from is affirmed.

Affirmed.